# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES J. SCHAFER,** ) <br> **Individually and as member of** ) <br> **314 CHARLESTON BLVD., LLC;** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **DENNIS CROSBY;** ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION CASE NUMBER:** <br><br> **2:16-CV-1637-SGC** |

### ADDENDUM TO AMENDED COMPLAINT

**COMES NOW** Charles J. Schafer, individually and as managing member of 314 Charleston Blvd., LLC, a South Carolina Limited Liability Company, (the "LLC") by and through his undersigned attorney, and says as follows:

1. The Amended Complaint (Document 26) erroneously referred to the Operating Agreement and letters to defendant's counsel requesting records as being attached to the original complaint (Document 1), when in fact said documents were attached to the Plaintiff's Response to Defendant's Motion to Dismiss (Documents, 15, 15-1, 15-2, and 15-3).

2. References in the Amended Complaint should be amended by reference to this Addendum to correctly reflect the location of the Exhibits referenced in the Amended Complaint.

1

        */s/ Carl E. Chamblee, Jr.*
        **CARL E. CHAMBLEE, JR. (ASB-7777-C28C)**
        **ATTORNEY FOR PLAINTIFF, CHARLES J. SCHAFER**

**OF COUNSEL:**

**CHAMBLEE & MALONE, THE LLC**
**ATTORNEYS AT LAW**
**5582 APPLE PARK DRIVE**
**BIRMINGHAM, ALABAMA 35235**
**(205) 856 - 9111**
**FACSIMILE:   (205) 854 – 3292**
cchambleejr@alabamalawyer.org

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail or by electronic notification through CM/ECF notification system, on this September 5, 2017 which will send notification to the following:

**G. DANIEL EVANS, ESQ.**
**MAURINE C. EVANS, ESQ.**
**Attorneys for Defendant, Dennis Crosby**
**THE EVANS LAW FIRM, P.C.**
**1736 Oxmoor Road, Suite 101**
**Birmingham, Alabama    35209**

        */s/ Carl E. Chamblee, Jr.*
        **CARL E. CHAMBLEE, JR. (ASB-7777-C28C)**
        **ATTORNEY FOR PLAINTIFF,**
        **CHARLES J. SCHAFER**